**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2009**

———————

KAMAU KAMBON,

                                        Plaintiff - Appellant,

        versus

SAINT AUGUSTINE'S COLLEGE,

                                        Defendant - Appellee,

        and

DIANNE SUBER, Dr.; BEVERLY DOWNING, Dr.;
MAURICE TAYLOR, Dr.,

                                        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-00-884-5-BR)

———————

Submitted:  February 24, 2003        Decided:  March 10, 2003

———————

Before WIDENER, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alan McSurely, Ashley Osment, MCSURELY & OSMENT, Chapel Hill, North Carolina, for Appellant. Charles T. Francis, FRANCIS & AUSTIN, P.L.L.C., Raleigh, North Carolina; Randall M. Roden, THARRINGTON SMITH, L.L.P., Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kamau Kambon appeals the district court's order granting summary judgment in favor of his former employer, Saint Augustine's College, on his age discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kambon v. Saint Augustine's College, No. CA-00-884-5-BR (E.D.N.C. July 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED